UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAD ERIC BRYANT,

    Plaintiff,

v.

CASE NO. 2:22-CV-12169
HONORABLE PAUL D. BORMAN

MIGUEL GOMEZ, ET AL.,

    Defendants.

_____/

### ORDER REQUIRING PLAINTIFF TO PROVIDE INFORMATION TO EFFECTUATE SERVICE UPON CERTAIN DEFENDANTS

Before the Court is Chad Eric Bryant's pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983. A plaintiff bringing a civil rights complaint must specifically identify each defendant against whom relief is sought and must give each defendant notice of the action by serving him or her with a summons and a copy of the complaint. *Feliciano v. DuBois,* 846 F. Supp. 1033, 1048 (D. Mass. 1994). When a plaintiff is proceeding *in forma pauperis,* as is the case here, the district court is responsible for issuing the plaintiff's papers to the United States Marshal who will serve all of the defendants who are properly identified in the complaint. *Williams v. McLemore,* 10 F. App'x. 241, 243 (6th Cir. 2001); *Byrd v. Stone,* 94 F. 3d 217, 219 (6th Cir. 1996); Fed. R. Civ. P. 4(c)(2); 28 U.S.C. § 1915(d). When a district court instructs the United States Marshal to serve papers on behalf of an *in forma pauperis* plaintiff, the plaintiff must furnish sufficient information to identify any named defendants. *Sellers v. United States,* 902 F. 2d 598, 602 (7th Cir. 1990).

1

In this, Bryant has not completely identified all of the named defendants because he only identifies defendants J. Moltane, Brown, and K. Temple by their last names. Because Bryant has not sufficiently identified those defendants, the Court is unable to order the United States Marshal to effectuate service upon them. Accordingly, the Court **ORDERS** Bryant to provide the full names of defendants J. Moltane, Brown, and K. Temple within **30 days** of the filing date of this order. If he fails to do so, those defendants shall be dismissed from the case.

                                                                  **s**/David. R. Grand  
                                                                  DAVID R. GRAND  
                                                                  UNITED STATES MAGISTRATE JUDGE

Dated: October 4, 2022

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on this date.

                                                                  s/TThompson  
                                                                  Deputy Clerk

Dated: October 4, 2022