UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAD ERIC BRYANT,

    Plaintiff,

v.

MIGUEL GOMEZ, *et al.*,

    Defendants.
_____/

Case No. 22-cv-12169

Paul D. Borman
United States District Judge

Curtis Ivy, Jr.
United States Magistrate Judge

## ORDER ADOPTING MAGISTRATE JUDGE IVY'S FEBRUARY 6, 2023 REPORT AND RECOMMENDATION (ECF No. 35)

On February 6, 2023, Magistrate Judge Curtis Ivy, Jr. issued a Report and Recommendation ("R&R") recommending that the Court dismiss Defendant Nicholas Brown from this case without prejudice. (ECF No. 35.)

Having reviewed the R&R, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the R&R in full. Accordingly, Defendant Brown is **DISMISSED WITHOUT PREJUDICE**.

    IT IS SO ORDERED.

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated: February 27, 2023