UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHAD ERIC BRYANT,<br>                    Plaintiff,<br>v.<br><br>MIGUEL GOMEZ, *et al.*,<br>                    Defendants.<br>_____/ | Case No.: 22-12169<br><br>Paul D. Borman<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

### ORDER GRANTING PLAINTIFF'S MOTIONS TO TAKE DEPOSITIONS (ECF No. 43) AND MOTION TO EXTEND SCHEDULING ORDER (ECF No. 44)

Plaintiff moved for leave to depose five persons incarcerated in facilities in Southeast Michigan.  (ECF No. 43).  The motion is **GRANTED** as it complies with Fed. R. Civ. P. 30(a)(2), which requires leave of the Court to depose an incarcerated individual.  The Michigan Department of Corrections and relevant jails are ordered to produce the duly noticed deponents for their depositions.  The depositions must take place at a date and time agreed on by the parties and the correctional facilities.  The depositions may occur in person or by video teleconference.

Plaintiff also moved to extend scheduling order deadlines to accommodate deposing incarcerated and formerly incarcerated individuals.  Plaintiff states that Defendants concur in the relief sought.  Given the agreement of the parties, the motion is **GRANTED**.  Plaintiff's expert witness list and disclosures must be

produced by **December 12, 2023**, Defendants' expert witness list and disclosures must be produced by **January 12, 2024**; the discovery deadline is **April 15, 2024**; the dispositive motion deadline is **May 15, 2024**.

No further extensions will be granted absent extraordinary circumstances.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: August 3, 2023                    s/Curtis Ivy, Jr.
                                        Curtis Ivy, Jr.
                                        United States Magistrate Judge